

**AARON R. EASLEY**
**(908) 237-1660**
**aeasley@sessions-law.biz**

October 23, 2018

<u>**Via ECF**</u>

Honorable Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 13C-S
Brooklyn, NY 11201

   **Re: Angelia Miller v. Transworld Systems Inc. et al.**
     **Case No. 1:18-cv-00748-WFK-RLM**

Dear Judge Mann:

  Sessions, Fishman, Nathan & Israel represents Transworld Systems, Inc., National Collegiate Master Student Loan Trust I, National Collegiate Student Loan Trust 2003-1, and Cognition Financial Corporation f/k/a First Marblehead Corporation (collectively "Defendants") in the above matter. As Your Honor is aware, the parties have settled this matter. Currently, the parties are finalizing the settlement amounts and monthly payments (the settlement is a percentage of outstanding amounts) and the settlement agreement. The parties request an additional 30 days for the filing of the stipulation of dismissal.

        Respectfully submitted,

        /s/ Aaron R. Easley
        Aaron R. Easley

ARE:cjg
Cc: Counsel of Record (via ECF)