

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 11 2018 ★

BROOKLYN OFFICE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELIA MILLER, on behalf of herself and all others similarly situated individuals<br><br>Plaintiff,<br>v.<br><br>TRANSWORLD SYSTEMS INC, COGNITION FINANCIAL CORPORATION f/k/a FIRST MARBLEHEAD CORPORATION, THE NATIONAL COLLEGIATE FUNDING LLC, NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST I, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2003-1,<br>Defendants. | **STIPULATION OF DISMISSAL**<br><br><br>CASE NO.: 18-cv-0748(WFK)(RLM) |
| ANGELIA MILLER, on behalf of herself and all others similarly situated individuals<br><br>Plaintiff,<br>v.<br><br>FORSTER & GARBUS, LLP,<br>MARK A. GARBUS, RONALD FORSTER,<br><br>Defendants. | CASE NO.: 18-cv-0751(WFK)(RLM) |

**PLEASE TAKE NOTICE** that the above entitled actions are hereby voluntarily dismissed against all Defendants, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other.

An executed faxed or electronic copy of this Stipulation shall be deemed as a signed original.

Dated: New York, New York
      December 4, 2018

/S/ Abel L. Pierre, Esq.
Abel L. Pierre, Esq.
LAW OFFICE OF ABEL L. PIERRE, PC
*Attorneys for Plaintiff*
140 Broadway, 46th Floor
New York, NY 10005


/S/ Aaaron R. Easley, Esq.
Aaron R. Easley, Esq.
SESSIONS, FISHMAN, NATHAN & ISRAEL
*Attorneys for Defendants Transworld Systems, Inc. ("TSI"), National Collegiate Master Student Loan Trust I, National Collegiate Student Loan Trust 2003-1 and Cognition Financial Corporation f/k/a First Marblehead Corporation*
3 Cross Creek Drive
Flemington, NJ 08822


/S/ Glenn M. Fjermedal, Esq.
Glenn M. Fjermedal, Esq.
DAVIDSON FINK LLP
*Attorneys for Defendants Forster & Garbus, LLP, Mark A. Garbus and Ronald Forster*
28 East Main Street, Suite 1700
Rochester, NY 14614


The application is ✓ granted.
SO ORDERED ~~denied~~
s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: Dec. 6, 2018
Brooklyn, New York